IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

AMBER YBARRA
ADC #710487                                                                    PLAINTIFF

v.                            No. 1:19-cv-24-DPM

DENNIS McGINNIS, III, Sergeant,
McPherson Unit, ADC;  LINDA LOUIS,
Major, Chief of Security;  TONI BRADLEY,
Warden, McPherson Unit, ADC;  JOHN
HERRINGTON, Deputy Warden, PREA
Manager, McPherson Unit, ADC;  and
WENDY KELLEY, Director, ADC                                                    DEFENDANTS

ORDER

Unopposed recommendation, № 12, adopted as modified. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Ybarra's complaint will be dismissed for failure to state a claim, but the dismissal is without prejudice. This dismissal counts as a "strike" for purposes of 28 U.S.C. § 1915(g). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

24 July 2019