IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

AMBER YBARRA
ADC #710487                                                                PLAINTIFF

v.                         No. 1:19-cv-24-DPM

DENNIS McGINNIS, III, Sergeant,
McPherson Unit, ADC;  LINDA LOUIS,
Major, Chief of Security;  TONI BRADLEY,
Warden, McPherson Unit, ADC;  JOHN
HERRINGTON, Deputy Warden, PREA
Manager, McPherson Unit, ADC;  and
WENDY KELLEY, Director, ADC                                 DEFENDANTS

## JUDGMENT

Ybarra's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

24 July 2019